KNISHBACHER LAW OFFICES
Alden Knishbacher (SBN 169705)
220 Montgomery Street, Suite 961
San Francisco, California 94105
Telephone: (415) 522-5200
Facsimile:  (415) 522-5201

Attorney for Defendant
HARDEV SIDHU


SEYFARTH SHAW LLP
G Daniel Newland (SBN 87965)
E-mail: dnewland@seyfarth.com
Matthew J. Mason (SBN 271344)
E-mail: mmason@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile:  (415) 397-8549

SEYFARTH SHAW LLP
Geoffrey S. Long (SBN 187429)
E-mail: glong@seyfarth.com
Tina Wan (SBN 260560)
E-mail: twan@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, California  90071
Telephone: (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Plaintiff
ACCENTURE LLP

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ACCENTURE LLP, an Illinois limited liability partnership,<br><br>  Plaintiff,<br><br>  v.<br><br>HARDEV SIDHU, an individual,<br><br>  Defendant. | Case No. C 10-02977 THE<br><br>[Honorable Thelton E. Henderson, Courtroom 12]<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

///

///

1  WHEREAS, a Case Management Conference was held on January 3, 2011 in which the Parties were encouraged to explore possible settlement of this matter and a further Case Management Conference was scheduled for Monday, April 25, 2011;

WHEREAS, the Court indicated that if progress toward settlement had been made as of the date for the further Case Management Conference, the Parties should contact the Court to request that the April 25, 2011 Case Management Conference be postponed;

WHEREAS, the Parties attended a Mandatory Settlement Conference on March 16, 2011 in front of Magistrate Judge James Larson wherein the Parties were instructed to further explore settlement and attend a further Settlement Conference on May 25, 2011;

WHEREAS, the Parties stipulate that the April 25, 2011 Case Management Conference be postponed pending the May 25, 2011 Settlement Conference and be rescheduled for June 20, 2011.

DATED: April 22, 2011

KNISBACHER LAW OFFICES

By /s/ Alden Knisbacher
Alden Knisbacher
Attorneys for Defendant
HARDEV SIDHU

DATED: April 22, 2011

SEYFARTH SHAW LLP

By /s/ Matthew J. Mason
Matthew J. Mason
Attorneys for Plaintiff
ACCENTURE LLP

ORDER

The Case Management Conference shall be continued to June 20, 2011.

IT IS SO ORDERED.

Dated: 04/25/2011

_____
Honorable Thelton E. Henderson
Judge of United States District Court

13332836v.1

2
Joint Stipulation to Continue Case Management Conference / Case No. C 10-02977 TEH