1  KNISBACHER LAW OFFICES
   Alden Knisbacher (SBN 169705)
2  220 Montgomery Street, Suite 961
   San Francisco, California 94105
3  Telephone:  (415) 522-5200
   Facsimile:   (415) 522-5201
4
   Attorney for Defendant
5  HARDEV SIDHU

6

   SEYFARTH SHAW LLP
7  G Daniel Newland (SBN 87965)
   E-mail: dnewland@seyfarth.com
8  Matthew J. Mason (SBN 271344)
   E-mail: mmason@seyfarth.com
9  560 Mission Street, Suite 3100
   San Francisco, California 94105
10 Telephone:  (415) 397-2823
   Facsimile:   (415) 397-8549
11
   SEYFARTH SHAW LLP
12 Geoffrey S. Long (SBN 187429)
   E-mail: glong@seyfarth.com
13 Tina Wan (SBN 260560)
   E-mail: twan@seyfarth.com
14 333 South Hope Street, Suite 3900
   Los Angeles, California  90071
15 Telephone:  (310) 277-7200
   Facsimile:  (310) 201-5219
16
   Attorneys for Plaintiff
17 ACCENTURE LLP

18                UNITED STATES DISTRICT COURT

19         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

20                          SAN FRANCISCO

21 | ACCENTURE LLP, an Illinois limited liability ) | Case No. C 10-02977 TEH
22 | partnership,                                 ) |
   |                                              ) | [Honorable Thelton E. Henderson,
23 |                Plaintiff,                    ) | Courtroom 12]
   |                                              ) |
24 |      v.                                      ) | **JOINT STIPULATION TO CONTINUE**
   |                                              ) | **CASE MANAGEMENT CONFERENCE**
25 | HARDEV SIDHU, an individual,                 ) |
   |                                              ) |
26 |                Defendant.                    ) |
   |                                              ) |
27 |                                              ) |

28

---

1
2      WHEREAS, a Case Management Conference was held on January 3, 2011 in which the
3 Parties were encouraged to explore possible settlement of this matter and a further Case
4 Management Conference was scheduled for Monday, April 25, 2011;
5      WHEREAS, the Case Management Conference scheduled for April 25, 2011 was
6 continued to June 20, 2011 after the Parties attended an initial Mandatory Settlement Conference
7 and stipulated that they were continuing to explore settlement through a second Mandatory
8 Settlement Conference;
9      WHEREAS, the Parties attended a Mandatory Settlement Conference on March 16, 2011
10 in front of Magistrate Judge James Larson wherein the Parties were instructed to further explore
11 settlement and attend a further Settlement Conference on May 25, 2011; and
12      WHEREAS, the Parties attended the May 25, 2011 Settlement Conference, and are
13 taking further steps towards settlement of this matter.
14      The Parties respectfully request that the Case Management Conference currently set for
15 June 20, 2011 be continued to July 25, 2011.
16      SO STIPULATED.
17
18 DATED:                                    KNISBACHER LAW OFFICES
19
20                                           By_____
                                                  Alden Knisbacher
21                                           Attorneys for Defendant
                                             HARDEV SIDHU
22 DATED:                                    SEYFARTH SHAW LLP
23
24                                           By_____
                                                  Geoffrey S. Long
25                                           Attorneys for Plaintiff
                                             ACCENTURE LLP
26
27
28

1
2                              ORDER
3        The Case Management Conference shall be continued to July 25, 2011.
4        IT IS SO ORDERED.
5    Dated: 06/15/2011
                                        _____
6                                       Honorable Thelton E. Henderson
     13332836v.1                        Judge, United States District Court
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
Joint Stipulation to Continue Case Management Conference / Case No. C 10-02977 TEH