1  SEYFARTH SHAW LLP
   G. Daniel Newland (SBN 87965) dnewland@seyfarth.com
2  560 Mission Street, 31st Floor
   San Francisco, CA 94105
3  Telephone  (415) 397-2823
   Facsimile:  (415) 397-8549
4
   SEYFARTH SHAW LLP
5  Geoffrey S. Long (SBN 187429) glong@seyfarth.com
   333 South Hope Street, Suite 3900
6  Los Angeles, CA 90071
   Telephone:  (213) 270-9600
7  Facsimile:  (213) 270-9601

8  Attorneys for Plaintiff
   ACCENTURE LLP, an Illinois limited liability partnership
9

10 KNISHBACHER LAW OFFICES
   Alden Knisbacher (SBN 169705) aknisbacher@yahoo.com
11 220 Montgomery Street, Suite 961
   San Francisco, California 94105
12 Telephone:  (415) 522-5200
   Facsimile:   (415) 397-8549
13
   Attorney for Defendant
14 HARDEV SIDHU

15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17
                              SAN FRANCISCO
18

| | |
|---|---|
| ACCENTURE LLP, an Illinois limited liability partnership, | Case No. C 10-02977 TEH (JL) |
| Plaintiff, | The Honorable Thelton E. Henderson |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| HARDEV SIDHU, an individual, | Complaint Filed:     July , 2010 |
| Defendant. | |

1

Stipulation of Dismissal with Prejudice / Case No. C 10-02977 THE (JL)

1  Pursuant to the Confidential Settlement Agreement and Mutual General Release by and
2  between Plaintiff ACCENTURE LLP ("Plaintiff") and Defendant HARDEV SIDHU
3  ("Defendant") (collectively, "Parties") and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil
4  Procedure, the Parties hereby stipulate and agree that the above-captioned action, including
5  without limitation all complaints and amended complaints, be dismissed in its entirety, with
6  prejudice.

DATED: January 8, 2012                         SEYFARTH SHAW LLP


By: ___/s/ Geoffrey S. Long_____
        G. Daniel Newland
        Geoffrey S. Long
        Attorneys for Plaintiff ACCENTURE LLP

DATED: January 8, 2012                         KNISBACHER LAW OFFICES


By___/s/ Alden Knisbacher_____
        Alden Knisbacher
        Attorneys for Defendant HARDEV SIDHU

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

1/12/2012

IT IS SO ORDERED

/s/ Thelton E. Henderson
Judge Thelton E. Henderson

14081885v.1 / 24602-000261